1  Alda A. Anderson, Esquire
   Nevada Bar No. 8746
2  Law Office of Alda A. Anderson, P.C.
   1210 S. Valley View Blvd., Suite 215
3  Las Vegas, NV 89102
   (702) 878-3240
4  (702) 834-4398 (FAX)
   aanderson@lawyerslv.net
5  *Attorney for Plaintiff*

6                     **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8  JULIETTE RODRIGUEZ
                                            Case No.: 2:11-cv-01877
9          Plaintiff,

10    vs.                                   **STIPULATION AND ORDER TO
                                            EXTEND TIME TO FILE RESPONSE
11 BANK OF AMERICA CORPORATION,             TO MOTION TO DISMISS**
   BANK OF AMERICA, NATIONAL
12 ASSOCIATION, BAC HOME LOAN
   SERVICING, L.P., RECONTRUST
13 COMPANY, N.A., FEDERAL NATIONAL
   MORTGAGE ASSOCIATION, its
14 successors and/or assigns, DOES I through
   X, inclusive, and ROES 1-through X,
15 inclusive

16         Defendants.

17    Plaintiff, JULIETTE RODRIGUEZ, and Defendants, BANK OF AMERICA

18 CORPORATION, BANK OF AMERICA, N.A., itself and as successor by merger to BAC HOME

19 LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., and FEDERAL NATIONAL

20 MORTGAGE ASSOCIATION ("Defendants"), hereby stipulate and agree that Plaintiff shall have

21 an extension of time of fourteen (14) days from the response deadline, up to and including January

22 13, 2012, to file their responsive pleading to Defendant's Motion to Dismiss.

23

24

1     This is the parties' first request for an extension of this deadline, and is not intended to

2 cause any delay or prejudice to any party. Trial has not been set in this case yet.

3     Respectfully submitted.

4 DATED this 27th day of December, 2011.    DATED this 23rd day of December, 2011.

5 **AKERMAN SENTERFITT LLP**    **LAW OFFICE OF ALDA A. ANDERSON, P.C.**

6   /s/ Alison R. Schmidt, Esq.      /s/ Alda A. Anderson
ALISON R. SCHMIDT, ESQ.    ALDA A. ANDERSON, ESQ.
7 Nevada Bar No. 10743    Nevada Bar No. 8746
ARIEL E. STERN, ESQ.    1210 S. Valley View Blvd., Suite 215
8 Nevada Bar No. 8276    Las Vegas, NV 89102
JACOB D. BUNDICK, ESQ.    (702) 878-3240
9 Nevada Bar No. 9772    *Attorney for Plaintiff*
1160 Town Center Drive, Suite 330
10 Las Vegas, Nevada 89144
*Attorneys for Defendants*

11

12     **IT IS SO ORDERED.**

13     _____
    UNITED STATES MAGISTRATE JUDGE
14
    Dated: December 28, 2011
15

16

17

18

19

20

21

22

23

24