1  Alda A. Anderson, Esquire
   Nevada Bar No. 8746
2  Law Office of Alda A. Anderson, P.C.
   1210 S. Valley View Blvd., Suite 215
3  Las Vegas, NV 89102
   (702) 878-3240
4  (702) 834-4398 (FAX)
   aanderson@lawyerslv.net
5  *Attorney for Plaintiff*

6                    **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8  JULIETTE RODRIGUEZ

                                            Case No.: 2:11-cv-01877
9              Plaintiff,

10      vs.                                 **STIPULATION AND ORDER TO
                                            EXTEND TIME TO FILE RESPONSE
11  BANK OF AMERICA CORPORATION,            TO MOTION TO DISMISS**
    BANK OF AMERICA, NATIONAL
12  ASSOCIATION, BAC HOME LOAN
    SERVICING, L.P., RECONTRUST
13  COMPANY, N.A., FEDERAL NATIONAL
    MORTGAGE ASSOCIATION, its
14  successors and/or assigns, DOES I through
    X, inclusive, and ROES 1-through X,
15  inclusive

16             Defendants.

17      Plaintiff, JULIETTE RODRIGUEZ, and Defendants, BANK OF AMERICA

18  CORPORATION, BANK OF AMERICA, N.A., itself and as successor by merger to BAC HOME

19  LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., and FEDERAL NATIONAL

20  MORTGAGE ASSOCIATION ("Defendants"), hereby stipulate and agree that Plaintiff shall have

21  an extension of time of fourteen (14) days from the response deadline, up to and including January

22  13, 2012, to file their responsive pleading to Defendant's Motion to Dismiss.

23

24

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

Respectfully submitted.

DATED this 27th day of December, 2011.   DATED this 23rd day of December, 2011.

**AKERMAN SENTERFITT LLP**   **LAW OFFICE OF ALDA A. ANDERSON, P.C.**

/s/ Alison R. Schmidt, Esq.   /s/ Alda A. Anderson
ALISON R. SCHMIDT, ESQ.   ALDA A. ANDERSON, ESQ.
Nevada Bar No. 10743   Nevada Bar No. 8746
ARIEL E. STERN, ESQ.   1210 S. Valley View Blvd., Suite 215
Nevada Bar No. 8276   Las Vegas, NV 89102
JACOB D. BUNDICK, ESQ.   (702) 878-3240
Nevada Bar No. 9772   *Attorney for Plaintiff*
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 28, 2011