ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email:allison.schmidt@akerman.com

*Attorneys for Defendants*
*Bank of America Corporation, Bank of*
*America, N.A., itself and as successor by*
*merger to BAC Home Loans Servicing, LP,*
*ReconTrust Company, N.A., and Federal*
*National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIETTE RODRIGUEZ,<br><br>                 Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOAN SERVICING, LP; RECONTRUST COMPANY, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, its successors and/or assigns, DOES I through X, inclusive, and ROES I through X, inclusive<br><br>                Defendants. | Case No. 2:11-CV-1877-GMN-CWH<br><br>**ORDER CANCELLING LIS PENDENS** |

This Court entered an order granting defendants' motion to dismiss with prejudice on August 8, 2012 [Dkt. 23] and judgment was entered by the Clerk on August 9, 2012 [Dkt. 24].

Defendants Bank of America Corporation, Bank of America, N.A., itself and as successor by merger to BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Federal National Mortgage Association (collectively, "Defendants') request that the Lis Pendens Plaintiff, Juliette Rodriguez recorded against the subject property be canceled.

The Court finds that Plaintiff, Juliette Rodriguez recorded a Notice of Lis Pendens on or about January 11, 2012 as Document Number 201201110001277, in the real property records maintained by Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

IT IS ORDERED, ADJUDGED AND DECREED that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order cancelling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**APPROVED** this 15th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

{25417652;1}                                    2

# EXHIBIT A

EXHIBIT A

{22983430;1}

Case 2:11-cv-01877-GMN-CWH   Document 27   Filed 11/15/12   Page 4 of 6

Inst #: 201201110001277
Fees: $19.00
N/C Fee: $0.00
01/11/2012 01:12:58 PM
Receipt #: 1033229
Requestor:
LAW OFFICE OF ALDA A ANDERS
Recorded By: SUO   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER



## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 179-31-311-006

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Pendency of Action.

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**
Law Office of Alda A. Anderson, Esq.

**Return to:**
Name: Law Office of Alda A. Anderson, P.C.
Address: 1210 S. Valley View Blvd Ste. # 26.
City/State/Zip: Las Vegas, Nevada 89102.

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
11/04/2011 11:40:34 AM

CLERK OF THE COURT

1  NOLP
   Alda A. Anderson, Esquire
2  Nevada Bar No. 8746
   Law Office of Alda A. Anderson, P.C.
3  1210 S. Valley View Blvd., Suite 215
   Las Vegas, NV 89102
4  (702) 878-3240
   (702) 834-4398 (FAX)
5  aanderson@lawyerslv.net
   Attorney for Plaintiff

6                    DISTRICT COURT

7                   CLARK COUNTY, NEVADA

8  JULIETTE RODRIGUEZ
                                        Case No: A-11-649965-C
9              Plaintiff,               Dept. No: VIII

10      vs.
                                        NOTICE OF PENDENCY OF ACTION
11 BANK OF AMERICA CORPORATION,
   BANK OF AMERICA, NATIONAL
12 ASSOCIATION, BAC HOME LOAN
   SERVICING, L.P., RECONTRUST
13 COMPANY, N.A., FEDERAL NATIONAL
   MORTGAGE ASSOCIATION, its
14 successors and/or assigns, DOES I through
   X, inclusive, and ROES 1-through X,
15 inclusive

16             Defendants.

17      NOTICE IS HEREBY GIVEN that an action has been commenced in the Eighth Judicial

18 District Court of the State of Nevada, in and for the County of Clark, by the above-named

19 Plaintiff, with regard to the title to the premises and real estate which is the subject of the

20 Complaint in this action, and to determine every and all claim, estate, or interest therein of said

21 parties.

22      The premises affected by this suit are situated in Las Vegas, Clark County, Nevada, and

23 are more particularly described as 26 Archer Glen Avenue, Henderson, NV 89002, Assessor

24 Parcel No. 179-31-311-006, legally described as follows:

Lot Twenty-Nine (29) in Block Two (2) of Paradise Point Unit One, as shown by map thereof on file in Book 116 of Plats, Page 16, in the Office of the Country Recorder of Clark County, Nevada, and Amended by Certificate of Amendment Recorded September 14, 2004 in Book 20040914 as Document No. 0002208.

Commonly known as 26 Archer Glen Avenue, Henderson, NV 89002.

DATED this 4th day of November, 2011.

                THE LAW OFFICE OF ALDA A. ANDERSON, P.C.

By:  /s/ Alda A. Anderson
       Alda A. Anderson, Esquire
       Nevada Bar No. 8746
       1210 S. Valley View Blvd., Suite 215
       Las Vegas, NV 89102
       (702) 878-3240
       Attorney for Plaintiff